# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-2258

———————————————

NICHOLAS FLOWERS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Writ of Mandamus—Original Jurisdiction.

April 2, 2025

PER CURIAM.

As the circuit court directed a response to the motions pending below, the Court denies the petition for writ of mandamus. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

LEWIS, ROBERTS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Nicholas Flowers, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.